~~SEALED BY ORDER OF THE COURT~~

RECEIVED JUN 28 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

FILED
JUL -1 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
FAX: (408) 535-5081
Email: michael.t.pyle@usdoj.gov

MICHAEL GRANSTON
MICHAL TINGLE
DENISE M. BARNES (D.C. Bar No. 999834)
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 305-3083
    denise.m.barnes@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MCLAUGHLIN,<br><br>             Plaintiffs,<br><br>     v.<br><br>SHAW ENVIRONMENTAL & INFRASTRUCTURE, INC., *et al.*,<br><br>             Defendants. | Case No. C 14-1509 KAW<br><br>**THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION;** ~~[PROPOSED]~~ **ORDER TO UNSEAL**<br><br>~~FILED UNDER SEAL~~ |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER TO UNSEAL
No. C 14-1509 KAW

1

1  Although the United States declines to intervene, we respectfully refer the Court to 31
2  U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United
3  States; providing, however, that the "action may be dismissed only if the court and the Attorney
4  General give written consent to the dismissal and their reasons for consenting." *Id.* The United
5  States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the
6  United States has the right only to a hearing when it objects to a settlement or dismissal of the
7  action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel.
8  Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United
9  States requests that, should either the relator or any defendant propose that this action be
10 dismissed, settled, or otherwise discontinued, this Court provide the United States with an
11 opportunity to be heard before ruling or granting its approval.

12 Furthermore, 31 U.S.C. § 3730(c)(3) permits the Government to be served with copies of
13 all pleadings filed in the action, which should be accomplished by receipt of ECF notifications of
14 filings in this case. The United States reserves its right to order any deposition transcripts and to
15 intervene in this action, for good cause, at a later date. The United States also reserves its right
16 to seek the dismissal of the relator's action or claim pursuant to 31 U.S.C. § 3730(c)(2)(A), and
17 to request a stay of discovery pursuant to 31 U.S.C. § 3730(c)(4).

18 Finally, the Government requests that the relator's Complaint and Amended Complaint,
19 the Summons, the Case Management Order, this Notice, and the attached proposed Order be
20 unsealed and that the seal be lifted as to all matters subsequently occurring in this action. The
21 United States requests that all other papers on file in this action remain under seal because in
22 discussing the content and extent of the United States' investigation, such papers are provided by
23 law to the Court alone for the sole purpose of evaluating whether the seal and time for making an
24 election to intervene should be extended.

25 A proposed order accompanies this notice.

NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER TO UNSEAL
No. C 14-1509 KAW

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General, Civil Division

DAVID L. ANDERSON
United States Attorney

Dated: June 28, 2019

*Michael T. Pyle*

MICHAEL T. PYLE
Assistant United States Attorney

DENISE M. BARNES
Trial Attorney

Attorneys for the United States

NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER TO UNSEAL
No. C 14-1509 KAW

~~[PROPOSED]~~ ORDER TO UNSEAL

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED ~~docket~~ THAT:

1. The complaint, amended complaint, summons, and case management order be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. Counsel for the United States shall update, as necessary, their appearance in this action for the purpose of receiving ECF notifications of all pleadings and motions filed in this action, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time; and

5. Should the relator or any defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with an opportunity to be heard before ruling or granting its approval, in accordance with 31 U.S.C. § 3730(b)(1).

IT IS SO ORDERED,

This 1st day of July, 2019.

*Kandis Westmore*

Hon. Kandis A. Westmore
United States Magistrate Judge

NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER TO UNSEAL
No. C 14-1509 KAW

4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SHAW ENVIRONMENTAL & INFRASTRUCTURE, INC., et al.,<br><br>Defendants. | Case No.: 14-cv-01509-KAW<br>*SEALED*<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 7/1/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Michael Thomas Pyle
United States Attorney's Office
150 Almaden Blvd., Suite 900
San Jose, CA 95113

Dated: 7/1/2019

Susan Y. Soong
Clerk, United States District Court

By: _____
Doug Merry, Deputy Clerk to
the Honorable Kandis A. Westmore

Service Certificate CRD
rev. August 2018