```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
Email: michael.t.pyle@usdoj.gov
```

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES *ex rel*. KEVIN MCLAUGHLIN,<br><br>  Plaintiff,<br><br>  v.<br><br>SHAW ENVIRONMENTAL & INFRASTRUCTURE, INC. et al.,<br><br>  Defendants. | CASE NO.  14-cv-01509-SK<br><br>**UNITED STATES' RESPONSE TO COURT ORDER (ECF No. 268)** |

The United States of America appreciates the Court's invitation to provide its position on the pending motions to dismiss this case. ECF No. 268. The United States takes no position on the pending motions to dismiss.

Dated: September 26, 2024                     Respectfully submitted,

                                                     ISMAIL J. RAMSEY
                                                   United States Attorney

                                         By: */s/ Michael T. Pyle*
                                            MICHAEL T. PYLE
                                            Assistant United States Attorney

                                            *Counsel for the United States*