David C. Anton (SBN 95852)
LAW OFFICE OF DAVID ANTON
1717 Redwood Lane
Davis, CA 95616
Telephone: (530) 220-4435
Email: davidantonlaw@gmail.com

*Attorneys for Relator McLaughlin*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KEVIN MCLAUGHLIN,<br><br>Plaintiffs,<br><br>v.<br><br>SHAW ENVIRONMENTAL & INFRASTRUCTURE, INC., et al.,<br><br>Defendants. | Case No. 3:14-cv-01509<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL WITHOUT CLIENT CONSENT**<br><br>Date:            March 10, 2025<br>Time:           9:30 a.m.<br>Courtroom:  Courtroom C 15th Floor<br>Magistrate Judge:  Hon. Sally Kim |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on March 10, 2025, at 9:30 a.m. or as soon thereafter as can be heard, in Courtroom C 15th Floor of the United States District Court, in and for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA, David C. Anton, counsel of record for Relator Kevin McLaughlin, will seek to withdraw as counsel of record for Relator McLaughlin without the Relators' consent. This motion will be based on the fact that irreconcilable differences have emerged between Counsel Anton and Relator McLaughlin of such severity and duration that attorney Anton can no longer, in good consciousness, continue to represent Relator McLaughlin.

This Motion will be based upon this Notice of Motion and Motion, the Declaration of David Anton, the Ex Parte Under Seal Declaration of David Anton, and the Points and Authorities which are served and filed herewith, and any oral argument that the Court may hear.

Dated: February 3, 2025                            Respectfully submitted,

                                              /s/   David Anton
                                              David Anton