David C. Anton (SBN 95852)
LAW OFFICE OF DAVID ANTON
1717 Redwood Lane
Davis, CA 95616
Telephone: (530) 220-4435
Email: davidantonlaw@gmail.com

*Attorneys for Relator McLaughlin*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KEVIN MCLAUGHLIN,<br><br>Plaintiffs,<br><br>v.<br><br>SHAW ENVIRONMENTAL & INFRASTRUCTURE, INC., et al.,<br><br>Defendants.<br>_____ | Case No. 3:14-cv-01509<br><br>[proposed]<br>**ORDER GRANING MOTION OF DAVID ANTON TO WITHDRAW AS COUNSEL**<br><br>Date:             March 10, 2025<br>Time:            9:30 a.m.<br>Courtroom:    Courtroom C 15th Floor<br>Magistrate Judge:  Hon. Sally Kim |

On March 10, 2025, at 9:30 a.m. or as soon thereafter as could be heard, in Courtroom C 15th Floor of the United States District Court, in and for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA, the motion of David C. Anton, counsel of record for Relator Kevin McLaughlin, to withdraw as counsel of record for Relator McLaughlin without the Relators' consent came on calendar to be heard. After considering all papers filed pertaining to the motion, and the files in this case, the Court finds as follows:

1.     The Court finds there is justifiable cause for the withdrawal of David Anton from representation of Relator Kevin McLaughlin. There are good grounds to conclude that continued representation by David Anton as requested by Relator Kevin McLaughlin represents a conflict

between the representation as requested by Relator McLaughlin and attorney Anton's reasonable view of his ethical responsibilities.

2. The defendants in this action do not oppose the withdrawal by attorney Anton. Potential prejudice to defendants is expected to be minimal.

3. The potential for delay in the processing of this case due to the withdrawal by attorney Anton is uncertain and is not sufficient to override the ethical conflicts that attorney Anton views are involved if he is not permitted to withdraw from this action.

4. The degree to which withdrawal of attorney Anton may delay resolution of this case is uncertain and is not sufficient to override the ethical conflicts that attorney Anton views are involved if he is not permitted to withdraw from this action.

For these reasons, and on good cause shown:

5. The motion to withdraw by attorney David Anton is GRANTED;

6. Until Relator McLaughlin appears pro se, or other counsel appears for Relator McLaughlin, papers in this case will continue to be served on attorney David Anton for forwarding purposes;

7. Defendants' counsel and the Court will add the address and email address of Relator Kevin McLaughlin to the service list for service of all papers as follows: Kevin McLaughlin, 3151 Deer Creek Road, Noe, MO 64854; 417-658-3386; kevmcl63@gmail.com.

**IT IS SO ORDERED.**

Dated: March ____, 2025

_____
SALLIE KIM
United States Magistrate Judge