Kevin McLaughlin, in pro per
3151 Deer Creek Road
Noe, MO 64854

Telephone: (417) 658-3386
Email: kevmcl63@gmail.com

*In Pro Per*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KEVIN MCLAUGHLIN,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>SHAW ENVIRONMENTAL & INFRASTRUCTURE, INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 3:14-cv-01509<br><br>**RESPONSE TO MOTION TO WITHDRAW AS COUNSEL**<br><br>Date:　　　　　　March 10, 2025<br>Time:　　　　　　9:30 a.m.<br>Courtroom:　　　Courtroom C 15th Floor<br>Magistrate Judge: Hon. Sally Kim |

　　　I, Kevin McLaughlin, have been advised of the motion to withdraw as counsel by David Anton of the Law Office of David Anton. It is true I have a difference of opinion as to how my False Claims Act case should be handled, and as a result, I do not oppose the withdrawal. I have had some recent medical issues that caused me to be hospitalized, which interfered with my diligent search for replacement counsel. I am optimistic that I will be able to arrange a replacement counsel with the contacts I have made with counsel so far, however, I believe I will need some additional time to secure replacement counsel. I am aware that there is a Case Management Conference set for March 24, 2025, and that an amended complaint will need to be filed. I will appear by Zoom in the Case Management Conference either with new counsel or by myself if I have not yet retained counsel on March 24, 2025, at 1:30 pm. I am aware of the Zoom

RESPONSE TO MOTION TO WITHDRAW AS COUNSEL

1

link to appear. If I have not yet secured counsel by March 24, 2025, I will advise the Court of my efforts, and I will ask for some additional time to locate counsel. It may be a bit difficult to secure counsel quickly because this case is very important, and far from my residence. Counsel have expressed that an experienced False Claims Act attorney in the Bay Area should be retained due to the court's location, the location of relevant documents, and witnesses. I have been in contact with Bay Area attorney offices to seek replacement counsel and I believe that I should be able to locate Bay Area counsel experienced in this field to assist me.

Thank you for your consideration of my need for time to locate other counsel.

Dated: February 18 2025          Respectfully submitted:

_____
Kevin McLaughlin
In Pro Per

I, Kevin McLaughlin, will cause this Response to be filed on February 18, 2025 in the Northern District of California's electronic filing system that serves all parties.

                              _____Kevin McLaughlin_____

RESPONSE TO MOTION TO WITHDRAW AS COUNSEL

2