David C. Anton (SBN 95852)
LAW OFFICE OF DAVID ANTON
1717 Redwood Lane
Davis, CA 95616
Telephone: (530) 220-4435
Email: davidantonlaw@gmail.com

Attorneys for Relator McLaughlin

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KEVIN MCLAUGHLIN,<br><br>Plaintiffs,<br><br>v.<br><br>SHAW ENVIRONMENTAL & INFRASTRUCTURE, INC., et al.,<br><br>Defendants. | Case No. 3:14-cv-01509<br><br>**REPLY OF DAVID ANTON REGARDING DAVID ANTON'S MOTION TO WITHDRAW AS COUNSEL NOW WITH CLIENT'S CONSENT**<br><br>Date:           March 10, 2025<br>Time:          9:30 a.m.<br>Courtroom: Courtroom C 15th Floor<br>Magistrate Judge: Hon. Sally Kim |

On February 18, 2025 Relator Kevin McLaughlin filed a Response to the Motion To Withdraw As Counsel. (Dkt. No. 276) Relator McLaughlin's Response stated that due to the difference of opinion as to how the case should be handled, he did not oppose the motion to withdraw. Mr. McLaughlin is an intelligent individual who is dedicated to prosecuting this case. David Anton is not in agreement and set forth in the motion that he believes he is not ethically able to prosecute the case as Mr. McLaughlin wishes, so a fundamental conflict of interest exists which required the motion to withdraw. Counsel is assisting McLaughlin in locating other knowledgeable False Claims Act counsel in the Bay Area. Counsel is assisting McLaughlin in using the Pacer system to file with the Court, and use Zoom for appearances. It is requested that the motion for approval to withdraw as counsel be approved due to the ethics conflict.

Date: February 23, 2025

_David Anton_
David Anton

REPLY RE: MOTION TO WITHDRAW AS COUNSEL NOW WITH CLIENT'S CONSENT