David C. Anton (SBN 95852)
LAW OFFICE OF DAVID ANTON
1717 Redwood Lane
Davis, CA 95616
Telephone: (530) 220-4435
Email: davidantonlaw@gmail.com

*Attorneys for Relator McLaughlin*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KEVIN MCLAUGHLIN, <br><br> Plaintiffs, <br> v. <br><br> SHAW ENVIRONMENTAL & INFRASTRUCTURE, INC., et al., <br><br> Defendants. | Case No. 3:14-cv-01509 <br><br> **PROOF OF SERVICE AND OF DIRECTIONS TO KEVIN McLAUGHLIN BY DAVID ANTON REGARDING DAVID ANTON'S MOTION TO WITHDRAW AS COUNSEL NOW WITH CLIENT'S CONSENT** <br><br> Date: March 10, 2025 <br> Time: 9:30 a.m. <br> Courtroom: Courtroom C 15th Floor <br> Magistrate Judge: Hon. Sally Kim |

I, David Anton, declare as follows:

1. I assisted Kevin McLaughlin by providing Mr. McLaughlin with a pleading template so that he could draft and sign his "Response to Motion To Withdraw as Counsel. Mr. McLaughlin signed the Response and forwarded the signed response to my office to assist with filing the Response with the Court and through to all parties through the electronic notice system. Mr. McLaughlin thanked me for providing the template and the help in filing his Response with the Court and service on the other parties.

2. On February 23, 2025, I served my Reply Of David Anton Regarding David Anton's Motion to Withdraw As Counsel Now With Client's Consent. I filed that Reply using the electronic filing system. I also forwarded the Reply on February 23, 2025 to Kevin McLaughlin,

REPLY RE: MOTION TO WITHDRAW AS COUNSEL NOW WITH CLIENT'S CONSENT

- 1 -

- 2 -

who responded that he received the Reply. We interacted regarding my office teaching Mr. McLaughlin how to use the electronic filing system, the Court's Zoom system, and that our office would forward additional names of counsel that work in the qui tam field.

3. On February 24, 2025 I received the Notice of Defendants' Position Related To Withdrawal of Counsel. On February 18, 2025, I forwarded the Notice to Kevin McLaughlin, noted the Shaw Defendants not objecting to the request for additional time to find counsel, but pointed out he must diligently seek other counsel for not much more time would be expected.

4. I continue my request to withdraw as counsel as there is good cause for my withdrawal, for continuing to represent Mr. McLaughlin would cause me to be in an ethics conflict situation. I declare that the foregoing is true and correct and of my own personal knowledge. Executed in Davis, California on February 24, 2025

_____
David Anton