UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiffs,<br>v.<br>SHAW ENVIRONMENTAL & INFRASTRUCTURE, INC., et al.,<br>Defendants. | Case No. 14-cv-01509-SK<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Regarding Docket Nos. 273, 274 |

This matter comes before the Court upon consideration of the motion filed by David C. Anton ("Anton") as counsel for Relator Keven McLaughlin ("Relator") to withdraw as counsel. The Court finds the motion suitable for disposition without oral argument and VACATES the hearing scheduled for March 10, 2025. *See* N.D. Civ. L.R. 7-1(b). Having carefully considered the parties' papers, relevant legal authority, and the record in the case, the Court hereby GRANTS Anton's motion. It is therefore ordered that Anton and his law firm Law Office of David Anton are relieved as counsel for Relator in this case, leaving Relator to represent himself, effective immediately.

The Court FURTHER ORDERS that the case management conference is CONTINUED from to March 24, 2025 to April 21, 2025 at 1:30 p.m. The parties shall file a further case management statement by no later than April 14, 2025.

In addition, the Court ORDERS that Relator shall file his amended complaint, if any, by no later than May 19, 2025. This deadline stands, even if Relator has not yet found new counsel. The Court notes that the Order dismissing Relator's Third Amended Complaint and providing an opportunity to file a Fourth Amended Complaint was filed on November 19, 2024. (Dkt. No. 272.) An amended complaint, if Relator elects to file one, should have already been filed.

1  Anton's related administrative motion to file under seal is GRANTED.

2  Anton shall serve a copy of this order on Plaintiff by no later than March 7,2025 and shall

3  file a proof of service by no later than March 10, 2025.

4  **IT IS SO ORDERED**.

5  Dated: March 6, 2025



SALLIE KIM
United States Magistrate Judge

2