UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiffs,<br>v.<br>SHAW ENVIRONMENTAL & INFRASTRUCTURE, INC., et al.,<br>Defendants. | Case No. 14-cv-01509-SK<br><br>**ORDER TO SHOW CAUSE AND EXTENDING DEADLINES** |

In the Order granting the motion to withdraw as counsel for Relator Kevin McLaughlin, the Court set a deadline for Relator to file his amended complaint, if any, by no later than May 19, 2025. The Court explained that this deadline stands, even if Relator has not yet found new counsel. (Dkt. No. 281.) The Court noted that the Order dismissing Relator's Third Amended Complaint and providing an opportunity to file a Fourth Amended Complaint was filed on November 19, 2024. (*Id.* (citing Dkt. No. 272).) As the Court previously noted, an amended complaint, if Relator elects to file one, should have already been filed.

On May 22, 2005, Defendants Shaw Environmental & Infrastructure, Inc., Chicago Bridge & Iron Company N.V., Aptim Corporation, and Aptim Federal Services, LLC (collectively, the "Shaw Defendants") filed a motion for final judgment or, in the alternative, to dismiss this case pursuant to Federal Rule of Civil Procedure 41(b) ("Rule 41(b)") in light of Relator's failure to file an amended complaint by the deadline of May 19, 2025. (Dkt. Nos. 285, 286.) Relator's opposition to that motion, if any, was due to be filed by June 5, 2025. Relator failed to file an opposition to that motion. The Court held a case management conference on June 23, 2025. Relator belatedly filed a case management statement and failed to appear for the hearing. Therefore, the Court HEREBY ORDERS Relator to Show Cause why this case should not be

dismissed for failure to prosecute under Rule 41(b).  Relator shall file a response to this Order to Show Cause by no later than **July 2, 2025**.

In his belated case management statement, Relator asked for more time to file an amended complaint.  (Dkt. No. 289.)  He had misread the Order setting his deadline and thought it was June 23, 2025.  (*Id.*)  Relator missed that deadline as well.  Relator seeks more time to find counsel but the Order setting his deadline to file an amended complaint set a final deadline, even if Relator had not yet obtained new counsel.  The Court will provide Relator with *one final extension* of his deadline to file an amended complaint.  Relator shall file an amended complaint, if any, by no later than **August 12, 2025**, regardless of whether or not Relator has been able to find new counsel.

In addition, the Court extends Relator's deadline to oppose the Shaw Defendants' motion for judgment or to dismiss.  Relator shall file an opposition to the motion, if any, by no later than **August 12, 2025**.  If Relator files an opposition, the Shaw Defendants shall file their reply, if any, by no later than August 19, 2025.  The Court CONTINUES the hearing on the motion to **September 8, 2025**.  If Relator fails to file an opposition to the motion for judgment or to dismiss, the Court will grant the motion as unopposed without any further notice.

The Court ADVISES Plaintiff that the district court has produced a guide for pro se litigants called Representing Yourself in Federal Court: A Handbook for Pro Se Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial.  It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office.  The Court additionally has a website with resources for pro se litigants (https://www.cand.uscourts.gov/pro-se-litigants/).  The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: June 24, 2025

_____
SALLIE KIM
United States Magistrate Judge